IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>3:16-CV-2850</u>
2. Style of case: <u>ANGELA HERNANDEZ V. AMICA MUTUAL INSURANCE COMPANY</u>
3. Nature of suit:
4. Method of ADR used:   ☑ <u>Mediation</u>      ☐ Mini-Trial      ☐ Summary Jury Trial
5. Date ADR session was held: <u>1/19/2018</u>
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR
   ☑ **Settled as a result of ADR.**          ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1,100.00</u>
8. Duration of ADR: <u> THREE HOUR </u>  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   Michael S. Carnahan, Mediator          Dave Adest, Esq., Plaintiff counsel
   Angela Hernandez, Plaintiff             Michael Shane O'Dell, Esq., Defense counsel
   Anthony M. Hernandez, Plaintiff         Carolina Glenn, Defendant's representative

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Michael S. Carnahan*
Signature                                               January 23, 2018
                                                        Date

<u>12001 N. Central Expressway, Suite 650, Dallas, Texas  75243</u>   <u>(214)303-4500</u>
Address                                                 Telephone

**Dave Adest, Esq.**
Frenkel & Frenkel
12700 Park Central Drive, Suite 1900
Dallas, TX  75251-1508
(214) 333-3333
(214) 265-9360

**Michael Shane O'Dell, Esq.**
Naman Howell Smith & Lee LLP
306 West 7th Street, Suite 405
Fort Worth, TX  76102
(817) 509-2025
(817) 509-2060